UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

CHERYL M. CORBETT,

          Plaintiff,

vs.                            Case No. 2:04-cv-259-FtM-29SPC

COMMISSIONER OF SOCIAL SECURITY,

          Defendant.
_____

**ORDER**

     This matter comes before the Court on a Report and Recommendation (Doc. #19) filed on May 13, 2005 by the Honorable Sheri Polster Chappell. Magistrate Judge Chappell recommends that the case be remanded to the Commissioner pursuant to sentence six of 42 U.S.C. § 405(g). No objections have been filed, and the time to do so has expired.

    The Court reviews the Commissioner's decision to determine if it is supported by substantial evidence and based upon proper legal standards. Crawford v. Commissioner of Social Security, 363 F.3d 1155, 1158 (11th Cir. 2004). Substantial evidence is more than a scintilla and is such relevant evidence as a reasonable person would accept as adequate to support a conclusion. Crawford, 363 F.3d at 1158. Even if the evidence preponderates against the Commissioner's findings, the Court must affirm if the decision

reached is supported by substantial evidence. Crawford, 363 F.3d at 1158-59. The Court does not decide facts anew, reweigh the evidence, or substitute its judgment for that of the Commissioner. Dyer v. Barnhart, 395 F.3d 1206, 1210 (11th Cir. 2005). The magistrate judge, district judge and appellate judges all apply the same legal standards to the review of the Commissioner's decision. Dyer, 395 F.3d at 1210; Shinn ex rel. Shinn v. Commissioner of Social Security, 391 F.3d 1276, 1282 (11th Cir. 2004); Phillips v. Barnhart, 357 F.3d 1232, 1240 n.8 (11th Cir. 2004).

After conducting an independent examination of the file and upon due consideration of the Report and Recommendation, the Court accepts the Report and Recommendation of the magistrate judge.

Accordingly, it is now

**ORDERED:**

1. The Report and Recommendation (Doc. #19) is accepted and adopted by the Court.

2. The Decision of the Commissioner of Social Security is **reversed and remanded** to the Commissioner pursuant to sentence six of 42 U.S.C. § 405(g) for (a) consideration of Dr. Peter Fischer, M.D.'s reports dated September 10, 2003, October 7, 2003, and December 11, 2003; (b) consideration of medical evidence from Dr. J. Jeffery Poggi, M.D., dated July 12, 2001 through June 18, 2002, including any evidence relating to plaintiff's shoulder surgery;

and (c) the performance of other steps necessary to properly resolve this case.

    3. Judgment shall not enter at this time. Upon completion of the proceedings on remand, the Commissioner shall notify the Court and file the additional transcript of the proceedings on remand.

    4. The Clerk shall administratively close this case while the remand proceedings are being conducted.

    **DONE AND ORDERED** at Fort Myers, Florida, this __9th__ day of June, 2005.

```
                                    /s/ John E. Steele
                                    JOHN E. STEELE
                                    United States District Judge
```

Copies:
Hon. Sheri Polster Chappell
United States Magistrate Judge

Counsel of record